Avis Plumbing & Heating Contractors Corp., Plaintiff-Appellant, *v.* McCormick Theological Seminary *et al.*, Defendants—(Gerhardt F. Meyne Co., Third-Party Plaintiff-Appellee, *v.* Fidelity and Deposit Company of Maryland, Third-Party Defendant, Cross-Appellant.)

(No. 56472;

First District (1st Division)—July 2, 1973.

*Rehearing denied July 30, 1973.*

Opinion by Mr. PRESIDING JUSTICE BURKE.

William Henning Rubin, of Chicago, *pro se.*

Timothy J. Riordan, of Burchmore, Good & Bobinette, of Chicago, for Gerhardt Meyne Co.

Edward P. McNeela, of Dent, Hampton & McNeela, of Chicago, for Fidelity & Deposit Co.